## STATE OF CONNECTICUT *v.* JOHN J. CABRAL

The Supreme Court docket number is SC 17019.

*Michele C. Lukban,* assistant state's attorney, in support of the petition.

*Jeremiah Donovan,* special public defender, in opposition.

Decided June 25, 2003

## STATE OF CONNECTICUT *v.* CRUZ SAEZ

*Damon A. R. Kirschbaum,* special public defender, in support of the petition.